UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON DIVISION

In Re:

Duane Allen Epperson

Laura A. Epperson

              Debtor(s)

Case No.: 15-20491

Chapter 13

Judge: Tracey N. Wise

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
**4800 TAFT HIGHWAY, DRY RIDGE, KY 41035**

This matter having come before the Court upon the Motion for Relief from Stay filed herein by the secured creditor, Specialized Loan Servicing LLC servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Carrington Mortgage Services, LLC; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the debtors provided that said debtors were to make the regular monthly payments to Movant.

2. In breach of said terms, the debtor failed to make certain of the regular monthly payments to Movant; as of October 10, 2017, payments are in default for the months of April 2017 through October 2017, incurring a total post-petition arrearage of $6,446.61, which amount consisted of one (1) post-petition payment at $995.95, and six (6) post-petition payments at $1,037.01, minus suspense of $771.40.

3. In order to eliminate said post-petition delinquency, the debtor hereby agrees to pay,

Movant, and Movant hereby agrees to accept, the following lump sum payments:

a. $1,075.00 on or before November 1, 2017

b. $1,075.00 on or before December 1, 2017

c. $1,075.00 on or before January 1, 2018

d. $1,075.00 on or before February 1, 2018

e. $1,075.00 on or before March 1, 2018

f. $ 1,071.61 on or before April 1, 2018

4. Said lump sum payments are in addition to the regular monthly payments of $1,037.01, due and owing, beginning with the November 2017 payment.

5. In the event that the said debtors should fail to make any of the lump sum payments herein above described on or before their specified due dates, or should the debtors fail to pay any future monthly payment so that said payment is not received by Specialized Loan Servicing LLC servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, on the last day of the month in which it is due, then, or in any one of those events, Specialized Loan Servicing LLC servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC shall give ten (10) days' Notice to Debtors' Attorney and to debtors; and thereafter, may file with the Court a Certificate of Non Compliance certifying that the Debtors are in default under the terms of the Agreed Order and upon submission of such Certificate of Non Compliance, without hearing, further notice or separate order Specialized Loan Servicing LLC servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC is granted relief from the automatic stay.

IT IS SO ORDERED.


SUBMITTED BY:


/s/ Patricia L. Johnson
Patricia L. Johnson (88943)
Crystal L. Saresky (89629)
Gerner & Kearns Co., L.P.A.
7900 Tanners Gate Lane
Florence, KY 41042
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com



John M. Schultz
Attorney for Debtor(s)
10 S Main St
PO Box 188
Walton, KY 41094
bspsc@fuse.net



Burden, Beverly M., Chapter 13 Trustee
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com

COPIES TO:
Duane Allen Epperson
4800 Taft Highway
Dry Ridge, KY 41035

Laura A. Epperson
4800 Taft Highway
Dry Ridge, KY 41035
Via Regular US Mail

John M. Schultz
Attorney for Debtor(s)
10 S Main St
PO Box 188
Walton, KY 41094
bspsc@fuse.net
Via CM/ECF Mail

Burden, Beverly M., Chapter 13 Trustee
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com
Via CM/ECF Mail

Office of the US Trustee
100 E. Vine St., #500
Lexington, KY 40507
na@na.com
Via CM/ECF Mail

Patricia L. Johnson (KBA# 88943)
Crystal L. Saresky (KBA# 89629)
Attorneys for Movant
Gerner & Kearns Co., L.P.A.
7900 Tanners Gate Lane
Florence, KY 41042
bankruptcies@gernerlaw.com

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
_Tracey N. Wise_
**Bankruptcy Judge**
**Dated: Thursday, October 26, 2017**
(tnw)